IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DE'ANDRE DUNSTON, )
)
Plaintiff, )
v. ) Civil Action No. 3:17CV638–HEH
)
NURSE BROWN, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on September 27, 2017, the Court conditionally docketed Plaintiff's action. The Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return a consent to collection of fees form.[1] As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Oct. 31, 2017
Richmond, Virginia

---

[1] Plaintiff mailed a "Memorandum Order" to the Court instead of signing and returning the consent to collection of fees form. (ECF No. 5.) In this submission he states that he does not have any assets and that his bank account is negative $1500. (*Id.* at 1.) A lack of assets fails to excuse the Court's requirement that Plaintiff must complete and return a consent to collection of fees form before the Court will file the action.